DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD R. SINGH,**
Appellant,

v.

**DANIELLE SINGH,**
Appellee.

No. 4D2023-1932

[May 23, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Brett M. Waronicki, Judge; L.T. Case No. 2017CA000291.

Ronald R. Singh, Miami, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***